UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Greenway II, LLC as successor to

NWW-1985 Trust

        Plaintiff,                               19 Civ. 4093 (CM)

   -against-


Wildenstein & Co., Inc.
        Defendant.
-----------------------------------------------------X

Plaintiff's request for a fifth extension of time for discovery is GRANTED due to the fact that the French courts are currently closed due to the COVID-19 pandemic.


Dated: January 11, 2021
       New York, New York

                              So Ordered

                              _____
                              Colleen McMahon, Chief U.S.D.J