UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2022

---------------------------------------------------------------- X

Greenway II, LLC,

                         Plaintiff(s),                    19-CV-4093 (CM)

        -v-                                                    ORDER

Wildstein & Co., Inc..,

                         Defendant(s).

---------------------------------------------------------------- X

COLLEEN McMAHON, United States District Judge:

        The Court is conducting a review of its docket and making inquiry into cases where there
has been no recent activity.  The present case appears to fall into that category.

        Accordingly, the parties are directed to file a letter within Seven (7) Days (either jointly
or separately) reporting on the status of the current litigation. Failure to respond will result in the
dismissal of the above-captioned case for failure to prosecute.

Dated: February 4, 2022

                                                SO ORDERED:

                                                _____
                                                United States District Judge