UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GREENWAY II, LLC as successor to
NWW-1985 TRUST,

                        Plaintiff,

   -against-                                  19 **CIVIL** 4093 (CM)(RWL)

**<u>JUDGMENT</u>**

WILDENSTEIN & CO. INC.,

                        Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order and Decision dated May 9, 2022, Defendant's motion for summary judgment is GRANTED and the Amended Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      May 10, 2022

                                                         **RUBY J. KRAJICK**
                                                            **Clerk of Court**
                                 **BY:**     *K. Mango*
                                                            **Deputy Clerk**